**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1883**

_____

LISA MILLER,

              Plaintiff - Appellant,

     v.

SYBASE, INCORPORATED,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:06-cv-01176-DKC)

_____

Submitted:  April 15, 2008         Decided:  May 6, 2008

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeanett P. Henry, HENRY & MADDOX, LLC, Silver Spring, Maryland, for
Appellant.   Tyler A. Brown, JACKSON LEWIS LLP, Vienna, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Miller appeals the district court's order granting Sybase, Incorporated's summary judgment motion on her race discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000) and 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. <u>See</u> <u>Miller v. Sybase, Inc.</u>, No. 8:06-cv-01176-DKC (D. Md. Aug. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>